IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIVINGSTON ENTERPRISES, INC., | |
| Plaintiff, | **8:11CV352** |
| vs. | |
| LEXTRON, INC., a Colorado corporation; ANIMAL HEALTH INTERNATIONAL, INC., a Colorado corporation; and BOEHRINGER INGELHEIM VETMEDICA, INC., a Delaware corporation; | **MEMORANDUM AND ORDER** |
| Defendants. | |
| ANIMAL HEALTH INTERNATIONAL, INC., a Colorado corporation; | **8:12CV144** |
| Plaintiff, | |
| vs. | |
| LIVINGSTON ENTERPRISES, INC., a Nebraska corporation; | |
| Defendant. | |

IT IS ORDERED:

     1)     The plaintiff's motion to extend deadlines, (8:11CV352, Filing No. 87; 8:12CV144, Filing No. 65), is granted in part as follows:

     a.     All unexpired deadlines within the court's progression order are stayed pending further order of the court.

     b.     Within ten days following Livingston's receipt of the requested documents from APHIS, or by no later than January 15, 2014, whichever occurs earlier, counsel shall contact my chambers to set a conference call to discuss further case progression deadlines.

     2)     The clerk shall set a case management deadline of January 16 to confirm that this case is again progressing.

October 23, 2013.

                            BY THE COURT:
                            *s/ Cheryl R. Zwart*
                            United States Magistrate Judge