IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIVINGSTON ENTERPRISES, INC.,<br><br>      Plaintiff,<br><br> vs.<br><br>LEXTRON, INC., a Colorado corporation; ANIMAL HEALTH INTERNATIONAL, INC., a Colorado corporation; and BOEHRINGER INGELHEIM VETMEDICA, INC., a Delaware corporation;<br><br>      Defendants. | 8:11CV352<br><br>ORDER |
| ANIMAL HEALTH INTERNATIONAL, INC., a Colorado corporation;<br><br>      Plaintiff,<br><br> vs.<br><br>LIVINGSTON ENTERPRISES, INC., a Nebraska corporation;<br><br>      Defendant. | 8:12CV144 |

IT IS ORDERED:

The motion to permit Reed W. Morgan to withdraw as counsel of record for Defendant, Animal Health International f/k/a Lextron, Inc. and d/b/a Lextron Animal Health, (8:11CV352, filing no. 98; 8:12CV144, filing no. 77), is granted.

June 2, 2014.

                     BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge