IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIVINGSTON ENTERPRISES, INC., <br><br>    Plaintiff, <br><br>vs. <br><br>LEXTRON, INC., a Colorado corporation; ANIMAL HEALTH INTERNATIONAL, INC., a Colorado corporation; and BOEHRINGER INGELHEIM VETMEDICA, INC., a Delaware corporation; <br><br>    Defendants. | **8:11-CV-352** <br><br><br>**JUDGMENT** |
| ANIMAL HEALTH INTERNATIONAL, INC., a Colorado corporation; <br><br>    Plaintiff, <br><br>vs. <br><br>LIVINGSTON ENTERPRISES, INC., a Nebraska corporation; <br><br>    Defendant. | **8:12-CV-144** <br><br><br>**JUDGMENT** |

  Pursuant to the parties' stipulation of dismissal (filing 123), this case is dismissed with prejudice, each party to bear its own costs and fees.

  DATED this 7th day of May, 2015.

                 BY THE COURT:

                 _John M. Gerrard_
                 John M. Gerrard
                 United States District Judge